# Court of Appeals
# of the State of Georgia

ATLANTA,      June 12, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1864. SAMUEL KNIGHT v. STANLEY WILLIAMS.**

Inmate Samuel Knight filed a petition for writ of habeas corpus. After the superior court denied his petition, Knight appealed to this Court. He also appeals the denial of his motion for out-of-time appeal in his habeas corpus case. The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*      06/12/2015
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*